D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and NAJIB AMINY,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>    Defendant. | Case No. 3:22-cv-5964-SK<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR THE UNITED STATES TO ANSWER OR OTHERWISE RESPOND, THE JOINT CASE MANAGEMENT STATEMENT, AND THE CASE MANAGEMENT CONFERENCE, AND ORDER**<br><br>Current Initial Case Management Conference Setting:<br>Date: February 6, 2023<br>Time: 1:30 PM<br>Courtroom: C, 15th Floor<br>Address: 450 Golden Gate, Ave.,<br>        San Francisco, CA 94102 |

Pursuant to Civil Local Rule 6-1(a) Plaintiffs and Defendant jointly stipulate to continue the deadline for the United States to answer or otherwise respond from January 13, 2023, to February 10, 2023. Additionally, pursuant to Civil Local Rules 6-2, and 7-12, Plaintiffs and Defendant jointly stipulate to continue the deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 5) such that the Initial Case Management Conference set for Monday, January 9, 2023, shall take place on Monday, March 6, 2023, and including that the Joint Case Management Statement deadline of January 30, 2023, is continued to February 27, 2023. These requests are made in anticipation of a forthcoming production from Defendant, so that Plaintiffs and Defendant may have an opportunity to meet and confer regarding that forthcoming production to possibly narrow the issues in the case before any other filings are made, including by scheduling a call to include agency counsel. This is the second request Plaintiffs and Defendant have made to modify the schedule in this case, and the requested modifications will not impact any dates other than those described above.

DATED: January 11, 2023

Respectfully submitted,
STEPHANIE M. HINDS
United States Attorney

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

Attorneys for Defendant

DATED: January 11, 2023

Respectfully submitted,
*/s/ D. Victoria Baranetsky*    *
D. VICTORIA BARANETSKY
The Center for Investigative Reporting

Attorney for Plaintiffs

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for the United States to answer or otherwise respond is continued from January 13, 2023, to February 10, 2023.  The Initial Case Management Conference is continued to 1:30 pm on Monday, March 6, 2023, and all other deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 5) are continued accordingly, including the deadline for the Joint Case Management Statement which is continued to February 27, 2023.

DATE: January 11, 2023

*Sallie Kim*

The Honorable Sallie Kim
UNITED STATES MAGISTRATE JUDGE