D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and NAJIB AMINY, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br> Defendant. | Case No. 3:22-cv-5964-SK <br><br> **JOINT STIPULATION TO CONTINUE DEADLINES FOR THE UNITED STATES TO ANSWER OR OTHERWISE RESPOND, THE JOINT CASE MANAGEMENT STATEMENT, AND THE CASE MANAGEMENT CONFERENCE, AND ORDER** <br><br> Current Initial Case Management Conference Setting: <br> Date: April 10, 2023 <br> Time: 1:30 PM <br> Via Videoconference |

Pursuant to Civil Local Rule 6-1(a) Plaintiffs and Defendant jointly stipulate to continue the deadline for the United States to answer or otherwise respond from March 17, 2023, to May 29, 2023. Additionally, pursuant to Civil Local Rules 6-2, and 7-12, Plaintiffs and Defendant jointly stipulate to continue the deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 5) such that the Initial Case Management Conference currently set for Monday, April 10, 2023, shall take place on Monday, May 15, 2023, including that the Joint Case Management Statement deadline of April 3, 2023, is continued to May 8, 2023.

On January 24, 2023, Plaintiffs received the production of an additional 701 pages from Defendant. On February 15, 2023, the Parties met and conferred on a call, including agency counsel, to discuss that production. During that February 15, 2023, meet and confer Plaintiffs made additional requests which Defendant is working through. Accordingly, the instant request is made so that the Parties may further meet and confer in view Defendant's anticipated responses to Plaintiff's most recent requests to Defendant, to further narrow the issues in the case before any other filings are made.

This is the fourth set of request Plaintiffs and Defendant have made to modify the schedule in this case, and the requested modifications will not impact any dates other than those described above. *See* Dkt. Nos. 11, 13, 15.

DATED: March 9, 2023            Respectfully submitted,
                                STEPHANIE M. HINDS
                                United States Attorney

                                */s/ J. Wesley Samples*
                                J. WESLEY SAMPLES
                                Assistant United States Attorney

                                Attorneys for Defendant

DATED: March 9, 2023            Respectfully submitted,
                                */s/ D. Victoria Baranetsky\**
                                D. VICTORIA BARANETSKY
                                The Center for Investigative Reporting

                                Attorney for Plaintiffs

1
2
3  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED. The deadline for the United States to answer or otherwise respond is continued from March 17, 2023, to May 29, 2023. The Initial Case Management Conference is continued to 1:30 pm on Monday, June 12, 2023, and all other deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 5) are continued accordingly, including the deadline for the Joint Case Management Statement which is continued to June 5, 2023.

DATE: March 10, 2023

The Honorable Sallie Kim
UNITED STATES MAGISTRATE JUDGE