D. VICTORIA BARANETSKY (SBN 311892)
The Center for Investigative Reporting
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-7234
wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and NAJIB AMINY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No. 3:22-cv-5964-SK<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**<br><br>Initial Case Management Conference Setting:<br>Date: June 12, 2023<br>Time: 1:30 PM<br>Videoconference Only |

Pursuant to Civil Local Rule 6-1(a) Plaintiffs and Defendant jointly stipulate to continue the deadline for the Defendant to answer or otherwise respond to the Complaint (Dkt. No. 1) from May 29, 2023, to June 21, 2023. This is the fifth request Plaintiffs and Defendant have made to modify the schedule in this case, and the requested modifications will not impact any dates other the time within Defendant must answer or otherwise respond to the Complaint. *See* Dkt. Nos. 11, 13, 15, 17.

DATED: May 23, 2023

Respectfully submitted,
ISMAIL J. RAMSEY
United States Attorney

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

Attorneys for Defendant

DATED: May 23, 2023

Respectfully submitted,
*/s/ D. Victoria Baranetsky**
D. VICTORIA BARANETSKY
The Center for Investigative Reporting

Attorney for Plaintiffs

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*