UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No.  22-cv-05964-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Counsel for Defendant filed a notice that the parties reached an agreement to resolve this action and have agreed to conditionally dismiss this matter.  (Dkt No. 40.)  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court by January 18, 2024, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial.  If no certification is filed, after passage January 18, 2024, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 26, 2023

_____
SALLIE KIM
United States Magistrate Judge